UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                )
SAMATAR ABDI, *et al.*,                         )    No. C16-0372RSL
                                                )
                        Plaintiffs,             )
          v.                                    )    ORDER RENOTING MOTION FOR
                                                )    ATTORNEY'S FEES
PROSPECT INTERNATIONAL AIRPORT                  )
SERVICES CORPORATION,                           )
                                                )
                        Defendant.              )
_____)

On January 3, 2017, plaintiffs filed "Class Counsel's Motion for Attorney's Fees, Costs and Class Representatives' Incentive Awards" in the above-captioned matter. The motion was incorrectly noted on the Court's calendar for consideration on January 27, 2017: the schedule for briefing and hearing these issues is set forth in the Court's "Order Granting Stipulated Motion for Certification of Settlement Class for Preliminary Approval of Class Action Settlement," Dkt. # 22 at 10. The request for fees and awards will be considered at the Final Approval Hearing scheduled for March 2, 2017. The Clerk of Court is directed to renote Dkt. # 17 on the Court's calendar for that date.

Dated this 9th day of February, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION FOR
ATTORNEY'S FEES