The Honorable Robert Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SAMATAR ABDI, an individual, and HIRSI ABDIRAHMAN, an individual,

Plaintiffs,

v.

PROSPECT INTERNATIONAL AIRPORT SERVICES CORPORATION, a foreign corporation,

Defendant.

Case No.  2:16-cv-372-RSL

**ORDER GRANTING FINAL APPROVAL**

WHEREAS, Plaintiffs and Prospect International Airport Services ("Prospect") have agreed to a settlement in the above-captioned class action, and

WHEREAS, the Court, having considered the proposed settlement, the remainder of the file, and the arguments of Parties' counsel,

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

1) The Court hereby finally and unconditionally certifies the Class defined below:

> All employees of the Defendant who are alleged to have been either Hospitality Workers or Transportation Workers and who worked one or more hours within the City of SeaTac at any time during the time period from January 1, 2014, to February 14, 2016,

ORDER GRANTING FINAL APPROVAL  - 1
2:16-cv-00372

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

and who were paid less than the prevailing minimum wage prescribed by City of SeaTac Ordinance 7.45.050, i.e., a base rate of $15.00 per hour in 2014 and $15.24 in 2015 and 2016.

2) The Settlement Agreement, which requires Prospect to pay $1,980,000.00 as consideration to Class Members, was the result of arm's length negotiations between Prospect and Class Counsel. The Settlement Agreement is fair and reasonable.

3) The Court approves the proposed class action settlement, and orders the following: (a) Prospect is directed to fund the settlement and to place the funds with the Settlement Administrator Simpluris, Inc. within a reasonable time, (b) Simpluris, Inc. is authorized to distribute the Settlement Funds to the Class as directed by Class Counsel, and (c) Simpluris, Inc. is directed to distribute the attorney's fees and incentive awards as provided in the "Order Granting Motion for Attorney's Fees and Incentive Awards," of even date.

IT IS SO ORDERED.

Dated this 2nd day of March, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER GRANTING FINAL APPROVAL - 2
2:16-cv-00372

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686